RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
201 W. Liberty Street, Suite 102
Reno, Nevada 89501
(775) 321-8451/Tel.
(775) 784-5369/Fax
chris_frey@fd.org

Attorney for EDUARDO ALVAREZ, JR.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>EDUARDO ALVAREZ, JR.,<br><br>        Defendant. | Case No. 3:19-CR-00048-MMD-WGC<br><br>**STIPULATION TO CONTINUE HEARING ON PRETRIAL RELEASE**<br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for EDUARDO ALVAREZ, JR. and NICHOLAS A. TRUTANICH, United States Attorney, and MEGAN RACHOW, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the hearing regarding petition for action on conditions of pretrial release set for July 16, 2020, at 11:00 AM, be vacated and continued one week.

///

This Stipulation is entered into for the following reasons:

Mr. Alvarez is scheduled to appear before this court for a Revocation Hearing on July 16, 2020, at 11:00 AM. Undersigned counsel request that this matter be continued one week, to allow the parties to continue negotiations toward a resolution of this matter.

1. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

2. Mr. Alvarez is currently on bond.

3. The parties agree to the continuance.

4. Defense counsel has spoken with pretrial services and they agree to the continuance.

5. This is the first request for a continuance.

DATED this 14th day of July, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Christopher P. Frey*<br>CHRISTOPHER P. FREY<br>Assistant Federal Public Defender<br>Counsel for<br>EDUARDO ALVAREZ, JR. | By */s/ Megan Rachow*<br>MEGAN RACHOW<br>Assistant United States Attorney<br>Counsel for the Government |

## **ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for July 16, 2020, at 11:00 AM, be vacated and continued one week to __Thursday, July 23, 2020__ at the hour of __3:30 p.m.__ .

DATED this __15th__ day of July, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

3